UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL E. ZORBAUGH, JR. and      :  CHAPTER 13
        CHELSIE L. ZORBAUGH
        Debtor(s)                                          :
                                     :

CHARLES J. DEHART, III                              :
STANDING CHAPTER 13 TRUSTEE             :
        Movant                                             :
                                     :

        vs.                                                     :
                                     :

MICHAEL E. ZORBAUGH, JR. and            :
CHELSIE L. ZORBAUGH                              :
        Respondent(s)                                   :  CASE NO.  1-19-bk-01135


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   10th   day of October, 2019, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor's have excess non-exempt equity in the following:

        a.   Residential real estate

    2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.   The plan is inconsistent with Proofs of Claims filed and/or approved
           by the Court.

        3.   The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)
Chapter 13 Plan for the following reasons:

        a.   Clarification of debtor(s) counsel fees which are in conflict with
           2016(b) Statement.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


CERTIFICATE OF SERVICE

AND NOW, this   25th   day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA   17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee3