## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Michael E Zorbaugh, Jr
     Chelsie L Zorbaugh

Case No.:1-19-01135 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | New Residential |
| Court Claim Number: | 31 |
| Last Four of Loan Number: | 4444 |
| Property Address if applicable: | 2930 Village Square Dr |

## PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $74.80 |
| b. | Prepetition arrearages paid by the trustee: | $74.80 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $74.80 |

## PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

## PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  May 30, 2024

Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

Re:   Michael E Zorbaugh, Jr
      Chelsie L Zorbaugh

                                        Case No.:1-19-01135 HWV

                                        Chapter 13

                **Debtor(s)**

                  **CERTIFICATE OF SERVICE**

 I certify that I am more than 18 years of age and that on May 30, 2024, I served a copy of this
Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown,
PA, unless served electronically.

 **Served Electronically**
 E. Haley Rohrbaugh, Esquire
 CGA Law Firm
 135 North George St
 York PA 17401


 **Served by First Class Mail**
 New Residential Mtg LLC
 PO Box 180826
 Greenville SC 29603-0826


 Michael E Zorbaugh, Jr
 Chelsie L Zorbaugh
 2930 Village Square Dr
 Dover  PA 17315


 I certify under penalty of perjury that the foregoing is true and correct.


 Date:  May 30, 2024                    /s/  Liz Joyce
                                        Office of the Standing Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        email: info@pamd13trustee.com

# Disbursements for Claim

**Case: 19-01135         MICHAEL E. ZORBAUGH, JR.**

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC   29603-

Acct No:  4444/PRE ARREARS/2930 VIL

Sequence:  24
Modify:
Filed Date:  9/25/2019  12:00:00AM
Hold Code:

|  |  | Debt: | $74.80 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $165,894.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $74.80 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/12/2024 | 2032713 | $11.69 | $0.00 | $11.69 | 01/19/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/15/2023 | 2030856 | $21.72 | $0.00 | $21.72 | 11/22/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/09/2023 | 2027903 | $21.80 | $0.00 | $21.80 | 08/16/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/16/2023 | 2025063 | $19.59 | $0.00 | $19.59 | 05/23/2023 |
|  |  |  | Sub-totals: | | $74.80 | $0.00 | $74.80 | |
|  |  |  | Grand Total: | | $74.80 | $0.00 | | |