United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01135-HWV |
| Michael E. Zorbaugh, Jr. | Chapter 13 |
| Chelsie L. Zorbaugh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Jul 26, 2024 | Form ID: 3180W | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E. Zorbaugh, Jr., Chelsie L. Zorbaugh, 2930 Village Square Drive, Dover, PA 17315-4578 |
| 5175156 | + | COMMERCIAL ACCEPTANCE CO., P.O. BOX 3268, CAMP HILL, PA 17011-3268 |
| 5175159 | #+ | CREDIT BUREAU OF YORK SYSTEMS INC, 33 S DUKE ST, YORK, PA 17401-1485 |
| 5175160 | + | DALLASTOWN MEDICAL ASSOCIATES, 1010 BLYMIRE ROAD, DALLASTOWN, PA 17313-9249 |
| 5175161 | + | DHS, CENTRAL MEDICAL EQUIPMENT, 35 SARHELM ROAD, HARRISBURG, PA 17112-3339 |
| 5175163 | | DITECH, ATTN: BANKRUPTCY, PO BOX 6172, RAPID CITY, SD 57709 |
| 5250952 | | Ditech Financial LLC c/o, Ditech Financial LLC F/K/A Green Tree Se, PO Box 12740, Tempe AZ 85284-0046 |
| 5175166 | | JARRETTSVILLE FAMILY CARE, 3718 NORRISVILLE RD. SUITE C, JARRETTSVILLE, MD 21084-1419 |
| 5175169 | | MARTIN FOOT AND ANKLE, 2300 PLEASANT VALLEY ROAD, YORK, PA 17402-9627 |
| 5175137 | + | MICHAEL E. ZORBAUGH, JR., CHELSIE L. ZORBAUGH, 2930 VILLAGE SQUARE DRIVE, DOVER, PA 17315-4578 |
| 5175175 | + | RMS, P O BOX 498, RICHFIELD, OH 44286-0498 |
| 5175187 | | WELLSPAN HEALTH, P.O. BOX 742641, CINCINNATI, OH 45274-2641 |
| 5175186 | | WELLSPAN HEALTH, P.O. BOX 742688, CINCINNATI, OH 45274-2688 |
| 5175188 | | WELLSPAN PHYSICIAN BILLING, P.O. BOX 742641, CINCINNATI, OH 45274-2642 |
| 5175189 | + | WELLSPAN PHYSICIAN BILLING SERVICES, 1803 MT. ROSE AVE., SUITE B3, YORK, PA 17403-3051 |
| 5175191 | + | YORK COUNTY CLERK OF COURTS, JUDICIAL CENTER, 45 NORTH GEORGE STREET, YORK, PA 17401-1240 |
| 5175192 | + | YORK HOSPITAL/WELLSPAN HEALTH, 1001 SOUTH GEORGE STREET, YORK, PA 17403-3676 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jul 26 2024 18:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | EDI: PRA.COM | Jul 26 2024 22:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5175143 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 26 2024 18:50:59 | AFFIRM INC, AFFIRM INCORPORATED, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 5175144 | + | Email/Text: ebn@americollect.com | Jul 26 2024 18:40:00 | AMERICOLLECT, INC., PO BOX 1505, MANITOWOC, WI 54221-1505 |
| 5175145 | | Email/Text: bankruptcynotice@aspendental.com | Jul 26 2024 18:40:00 | ASPEN DENTAL, 10010 REISTERSTOWN ROAD, OWINGS MILLS, MD 21117 |
| 5175146 | | Email/Text: bankruptcynotice@aspendental.com | Jul 26 2024 18:40:00 | ASPEN DENTAL, 2803 CONCORD ROAD, YORK, PA 17402 |
| 5175147 | | Email/Text: bankruptcynotice@aspendental.com | Jul 26 2024 18:40:00 | ASPEN DENTAL, P. O. BOX 1578, ALBANY, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | NY 12201-1578 |
| 5175148 | + | EDI: TSYS2 | Jul 26 2024 22:42:00 | BARCLAYS BANK DELAWARE, ATTN: CORRESPONDENCE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 5175149 | + | EDI: CAPITALONE.COM | Jul 26 2024 22:42:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5215581 | + | Email/Text: bankruptcy@cavps.com | Jul 26 2024 18:40:00 | CAVALRY SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5175150 | + | EDI: CITICORP | Jul 26 2024 22:42:00 | CITIBANK/BEST BUY, ATTN: BANKRUPTCY, PO BOX 790441, ST. LOUIS, MO 63179-0441 |
| 5175151 | + | EDI: CITICORP | Jul 26 2024 22:42:00 | CITIBANK/SEARS, ATTN: BANKRUPTCY, PO BOX 6275, SIOUX FALLS, SD 57117-6275 |
| 5175152 | + | EDI: CITICORP | Jul 26 2024 22:42:00 | CITICARDS CBNA, CITI BANK, PO BOX 6077, SIOUX FALLS, SD 57117-6077 |
| 5175153 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2024 18:40:00 | CITIZENS BANK, ATTENTION: ROP-15B, 1 CITIZENS DRIVE, RIVERSIDE, RI 02940 |
| 5175154 | + | EDI: WFNNB.COM | Jul 26 2024 22:42:00 | COMENITY /FIRSTFIN, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5175155 | + | EDI: WFNNB.COM | Jul 26 2024 22:42:00 | COMENITY BANK/ KAY JEWELERS, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5175157 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jul 26 2024 18:40:00 | COMPUTER CREDIT, INC., P O BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5175158 | + | EDI: CONVERGENT.COM | Jul 26 2024 22:42:00 | CONVERGENT OUTSOURCING, INC., ATTN: BANKRUPTCY, PO BOX 9004, RENTON, WA 98057-9004 |
| 5229316 | | EDI: CAPITALONE.COM | Jul 26 2024 22:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5224964 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2024 18:50:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5233997 | + | EDI: CITICORP | Jul 26 2024 22:42:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5175162 | + | EDI: DISCOVER | Jul 26 2024 22:42:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5227110 | | EDI: DISCOVER | Jul 26 2024 22:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5175138 | + | Email/Text: hrohrbaugh@cgalaw.com | Jul 26 2024 18:40:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5175164 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 26 2024 18:40:00 | FORTIVALOAN, ATTN: BANKRUPTCY DEPARTMENT, 5 CONCOURSE PARKWAY, SUITE 300, ATLANTA, GA 30328-6101 |
| 5175165 | + | Email/Text: ebn@heritagevalleyfcu.org | Jul 26 2024 18:40:00 | HERITAGE VALLEY FCU, 2400 PLEASANT VALLEY ROAD, PO BOX 3617, YORK, PA 17402-0637 |
| 5175141 | | EDI: IRS.COM | Jul 26 2024 22:42:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5175167 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2024 18:40:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 5272291 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Record # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 26 2024 18:50:43 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272290 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 18:50:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5247574 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 18:50:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5175168 | | Email/Text: camanagement@mtb.com | Jul 26 2024 18:40:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5232230 | + | Email/Text: camanagement@mtb.com | Jul 26 2024 18:40:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5175170 | + | Email/Text: unger@members1st.org | Jul 26 2024 18:40:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY DEPT, 5000 LOUISE DRIVE, MECHANICSBURG, PA 17055-4899 |
| 5175171 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2024 18:40:00 | MIDLAND CREDIT MANAGEMENT, INC., P O BOX 51319, LOS ANGELES, CA 90051-5619 |
| 5311039 | | Email/Text: mtgbk@shellpointmtg.com | Jul 26 2024 18:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5311040 | | Email/Text: mtgbk@shellpointmtg.com | Jul 26 2024 18:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5175172 | + | EDI: AGFINANCE.COM | Jul 26 2024 22:42:00 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, 601 NW 2ND STREET, EVANSVILLE, IN 47708-1013 |
| 5236486 | + | EDI: AGFINANCE.COM | Jul 26 2024 22:42:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 5175173 | + | Email/Text: bankruptcynotices@psecu.com | Jul 26 2024 18:40:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5175140 | + | EDI: PENNDEPTREV | Jul 26 2024 22:42:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5175140 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2024 18:40:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5175174 | + | EDI: PRA.COM | Jul 26 2024 22:42:00 | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 5249943 | | EDI: PRA.COM | Jul 26 2024 22:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5237460 | + | Email/Text: bankruptcynotices@psecu.com | Jul 26 2024 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5175139 | + | Email/Text: karen.brown@treasury.gov | Jul 26 2024 18:40:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5175176 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5175177 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5175178 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5175179 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5175180 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/SELECT COMFORT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5175181 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5175182 | + | EDI: SYNC | Jul 26 2024 22:42:00 | SYNCHRONY BANK/WOLF FURNITURE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5175575 | + | EDI: AIS.COM | Jul 26 2024 22:42:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5175183 | | EDI: WTRRNBANK.COM | Jul 26 2024 22:42:00 | TARGET, TARGET CARD SERVICES, MAIL STOP NCB-0461, MINNEAPOLIS, MN 55440 |
| 5224109 | | EDI: AIS.COM | Jul 26 2024 22:42:00 | TD Bank, USA, by American InfoSource as agent, PO Box 248866, Oklahoma City, OK 73124-8866 |
| 5175184 | + | EDI: TDBANKNORTH.COM | Jul 26 2024 22:42:00 | TD RETAIL CARD SERVICES, ATTN: BANKRUPTCY, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5246482 | + | EDI: CBSTDR | Jul 26 2024 22:42:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5242951 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 26 2024 18:40:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5245946 | | EDI: AIS.COM | Jul 26 2024 22:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5175185 | + | EDI: WFFC | Jul 26 2024 22:42:00 | WELLS FARGO AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 7648, BOISE, ID 83707-1648 |
| 5236903 | + | EDI: WFFC2 | Jul 26 2024 22:42:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5175190 | + | Email/Text: kcm@yatb.com | Jul 26 2024 18:40:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5236551 | * | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5249485 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5175142 | ##+ | ACCOUNTS SERVICE DEPARTMENT, P O BOX 731, MAHWAH, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Thomas Langford | on behalf of Creditor Heritage Valley Federal Credit Union PitEcf@weltman.com  PitEcf@weltman.com |
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Michael E. Zorbaugh  Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Chelsie L. Zorbaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael E. Zorbaugh Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6422<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | Chelsie L. Zorbaugh<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1917<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-01135-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael E. Zorbaugh Jr.

Chelsie L. Zorbaugh
fka Chelsie Lynn Michael

**By the court:**

7/26/24

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2